Matter of Hanalise S. (Ezra B.B.) (2026 NY Slip Op 01870)

Matter of Hanalise S. (Ezra B.B.)

2026 NY Slip Op 01870

Decided on March 27, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to
revision before publication in the Official Reports.

Decided on March 27, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND
GREENWOOD, JJ.

6CAF 24-02045

[*1]IN THE MATTER OF HANALISE S., MOSES B., AND
SOPHIA B. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,
PETITIONER-RESPONDENT;
andEZRA B.B., JR., RESPONDENT-APPELLANT. (APPEAL NO.
1.)

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JAMES A. HOBBS OF
COUNSEL), FOR RESPONDENT-APPELLANT.
BRENDON S. FLEMING, ACTING COUNTY ATTORNEY, ROCHESTER
(MARY M. WHITESIDE OF COUNSEL), FOR PETITIONER-RESPONDENT.
SUSAN E. GRAY, CANANDAIGUA, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Monroe County (Alecia J. Mazzo, J.),
entered December 2, 2024. The order granted the oldest child an order of protection. 
It is hereby ORDERED that the case is held and the decision is reserved.
Same memorandum as in Matter of Hanalise S. (Ezra B.B., Jr.)
([appeal No. 2] — AD3d — [Mar. 27, 2026] [4th Dept 2026]).
Entered: March 27, 2026
Ann Dillon Flynn
Clerk of the Court